IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CHAD MICHAEL BOAL and CORY DUANE RICHARDS,<br><br>      Defendant. | CASE NO. 4:26-cr-00068-SMR-HCA<br><br><br>**MOTION FOR LEAVE AND PERMISSION TO SELL ASSETS** |

Defendant Cory Duane Richards, by and through the undersigned counsel, moves for leave of Court and Permission to Sell Assets following the Court's Order setting release conditions, and in support states as follows:

1.      On May 12, 2026, a Grand Jury returned an Indictment and Notice of Forfeiture, charging Mr. Richards with one (1) count of Conspiracy to Commit Wire Fraud.  *See* Doc. # 1.[1]

2.      On May 22, 2026, the Court issued a Modified Order Setting Conditions of Release, which provides, in relevant part, Mr. Richards must "not transfer or otherwise dispose of any assets without court permission" except to permit "everyday living expenses and legal fees." *See* Doc. # 28.

1.      Before the return of the Indictment and the imposition of the pre-trial conditions, Mr. Richards purchased a new 2025 Polaris RZR, with the intention of selling two (2) other Polaris vehicles.

---

[1] On May 20, 2026, the Court ordered the Indictment be amended to reflect Mr. Richard's true and correct name "Cory Duane Richards". *See* Doc. # 2.1.

2.      Out of an abundance of caution, and in effort to ensure his conduct squarely aligns with pre-trial release conditions, Mr. Richards respectfully seeks leave and requests the Court's permission to sell two (2) vehicles:

    a.   2024 Polaris RZR Sport (VIN: 3NSGAE923RG063596) in exchange for a lump sum of $18,000, with a confirmed buyer; and

    b.   2021 Polaris Ranger XP 1000 (VIN: 4XARRE997M8452604) in exchange for an anticipated lump sum of between five thousand dollars ($5,000) and nine thousand dollars ($9,000), with no confirmed buyer.

3.      Should the Court approve sale of the aforementioned assets, Mr. Richards will submit proof of sale for the respective vehicles – including the amount for which the 2021 Polaris is sold.

4.      Per Local rule 7(k), the undersigned have conferred with counsel for the Government. The Government objects to this Motion.

WHEREFORE, Mr. Richards respectfully request the Court grant his Motion for Leave of Court and Permission to Sell Assets and any other such relief the Court may deem equitable under the circumstances.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon counsel of the parties to this action on June 16, 2026, by CM/ECF.

*/s/ Katelyn M. Payne*

Copies to:

Joseph Lubben
US Attorney's Office
210 Walnut Street, Suite 455
Des Moines, iA 50309
Phone: 515.473.9361

ZENOR LAW FIRM, PLC

By: */s/ Adam D. Zenor*
    Adam D. Zenor, AT0009698

By: */s/ Sarah S. Hickman*
    Sarah S. Hickman, AT0015319

106 SW 7th St., Suite 400
Des Moines, IA 50309
Phone: 515.650.9005
Fax: 515.206.2654
adam@zenorlaw.com

joseph.lubben@usdoj.gov

ATTORNEY FOR PLAINTIFF

Todd Lantz
WEINHARDT & LANTZ
2600 Grand Ave, Suite 450
Des Moines, IA 50312
Phone: 515.564.5276
tlantz@weinhardtlantz.com

ATTORNEY FOR DEFENDANT CHAD BOAL

sarah@zenorlaw.com

ATTORNEYS FOR DEFENDANT CORY RICHARDS

3